AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED
JUL 10 2016
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Oscar Manuel Flores-Lopez | ) | Case No. M-16-1300-M |
| YOB: 1970 | ) | |
| Citizenship: Mexico | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 9, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21USC841 & 21USC952 | defendant did knowingly and intentionally possess with the intent to distribute approximately 17.18 kilograms of cocaine, a Schedule II controlled substance and did knowingly and intentionally import into the United States from the United Mexican States approximately 17.18 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
On July 9, 2016, a white 2011 Nissan Altima, displaying Nuevo Leon, Mexico license plate; STK-49-85, entered the United States from the United Mexican States at the Anzalduas Port of Entry. The vehicle was driven by Oscar Manuel FLORES-Lopez. FLORES is a Mexican national, who possesses a B1/B2 visa, also known as a border crossing card.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Andrew Bowman, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/10/2016

*Judge's signature*

City and state:   McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

## Attachment "A"

FLORES was accompanied by his wife, juvenile son, and mother-in-law.

At primary inspection, Customs and Border Protection Officer (CBPO) J. Sandoval received a negative declaration for prohibited items from FLORES and the other occupants. FLORES stated they were traveling to the McAllen, TX area to go shopping. CBPO J. Sandoval observed TECS records associating FLORES and the vehicle to possible narcotics smuggling. CBPO J. Sandoval referred FLORES, other occupants, and the vehicle to secondary inspection.

At secondary inspection, CBPO E. Jimenez received another negative declaration for prohibited items from FLORES and the other occupants. CBPO E. Jimenez advised FLORES stated he and his family were traveling to the McAllen, TX area to go shopping. The vehicle was scanned through the Z-Portal and anomalies were discovered in the front and rear seats. CBPO E. Ponce and his narcotics detection dog (NDD) conducted an open air search of the vehicle and the NDD provided a positive alert for the odor of narcotics near the rear seats of the vehicle. A total of fifteen (15) packages were removed from the vehicle's front and rear seats. The packages were probed and the white powdery substance field-tested positive for cocaine. The total weight of all 15 packages was 17.18 kilograms.

Homeland Security Investigations (HSI) Special Agent (SA) Andrew Bowman responded to the port of entry with HSI Task Force Officer (TFO) Eric Austin. FLORES was provided his Miranda rights from a pre-printed form in Spanish by TFO Austin. FLORES stated that he understood his rights and agreed to answer questions. FLORES admitted to knowing the vehicle contained cocaine and he was going to be paid $5,000 USD for delivering the narcotics to unknown individuals in the United States.